■ CONSTANCE RUSHTON, Respondent, v. WEST SHORE CONCRETE COMPANY, INC., Appellant.— In an action to recover unpaid overtime wages, liquidated damages, and legal expenses pursuant to the Fair Labor Standards Act (U. S. Code, tit. 29, §§ 201–219), the appeal is from a judgment of the County Court, Rockland County, entered upon a jury's verdict, in favor of respondent. Judgment unanimously affirmed, with costs. No opinion. Present —Nolan, P. J., Beldock, Ughetta and Kleinfeld, JJ.

■ OSCAR VAN VALKENBURGH, Appellant, v. RICHARD D. MONAHAN, Respondent.— Appeal from an order granting respondent's motion to vacate and set aside the service of the summons on the ground that the service was made upon a nonresident who was present in this jurisdiction as a voluntary witness in a Federal court action. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

## (January 18, 1960)

■ In the Matter of the Appointment of a Member of the Committee on Character and Fitness of Applicants for Admission to the Bar for the Ninth Judicial District.— Pursuant to the provisions of law (N. Y. Const., art. VI, § 2; Judiciary Law, § 90; Rules Civ. Prac., rule 1) John A. Wallace, Esq., a practicing lawyer, residing in the County of Westchester, is hereby appointed as a member of the Committee on Character and Fitness of applicants for admission to the Bar for the Ninth Judicial District in place of Honorable Martin J. Fay, deceased, to investigate the character and fitness of applicants in said judicial district for admission to practice as attorneys and counselors at law in the courts of this State; such appointment to take effect January 15, 1960. Present — Nolan, P. J., Beldock, Ughetta, Kleinfeld, Christ, Pette and Brennan, JJ.

■ MICHAEL A. CARICATO et al., Copartners Doing Business under the Name of WASTE PAPER REMOVERS COMPANY, Appellants, v. ROCKEFELLER CENTER, INC., Respondent.— In an action to recover a stated sum of money alleged to be due (1) on. a contract for the purchase and removal of waste paper, (2) for work, labor and services, and (3) on an account stated, the appeal is from an order granting respondent's motion for summary judgment dismissing the amended complaint on the merits (Rules Civ. Prac., rule 113). Order unanimously affirmed, with $10 costs and disbursements. No opinion. Present — Nolan, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ.

■ THOMAS R. CHARSHEE, Respondent, v. DORIS GERAGHTY, as Executrix of JAMES J. GERAGHTY, Deceased, Appellant.— In an action to recover the reasonable value of professional services rendered, the appeal is from an order denying a motion to dismiss the complaint made on the grounds that respondent had invoked the jurisdiction of the Surrogate's Court, Suffolk County, by filing a notice of claim with respect to the same subject matter here involved and that the claim had been struck out for respondent's failure to appear for an examination before trial, after having requested and received two adjournments thereof. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.